

ENTERED
06/25/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| UGHS SENIOR LIVING, INC., *et al* | § | CASE NO: 15-80399 |
| | § | |
| | § | |
| | § | |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

**ORDER**

    For the reasons set forth in the Memorandum Opinion issued on this date, Donald W. Sapaugh may not amend proof of claim No. 20-1 filed in the UGHS Senior Living, Inc. case. Donald W. Sapaugh's claims against the estate are disallowed.

    SIGNED **June 24, 2018.**

                                                        Marvin Isgur
                                       UNITED STATES BANKRUPTCY JUDGE