

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
06/27/2018

| | | |
|---|---|---|
| IN RE: | § | |
| UGHS SENIOR LIVING, INC., *et al* | § | CASE NO: 15-80399 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |
| | § | |
| | § | |
| | § | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, Edward Laborde's unsecured claim in the amount of $160,833.00 against UGHS Senior Living, Inc. is allowed.

SIGNED **June 27, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE